STATE OF CONNECTICUT *v.* EDWARD T. SHACKETT
STATE OF CONNECTICUT *v.* JOHN MOSLEY
STATE OF CONNECTICUT *v.* PAUL R. CUBETA

The petition by the defendants for certification for appeal from the Appellate Division of the Circuit Court is granted.

*A. Robert Gordon,* in support of the petition.

Submitted January 6—decided January 13, 1971

STATE OF CONNECTICUT *v.* DARRYL A. BUGBEE

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is granted limited to the questions raised under *Boykin* v. *Alabama,* 395 U.S. 289, 89 S. Ct. 1709, 23 L. Ed. 2d 274, and *State* v. *Brown,* 157 Conn. 492, 255 A.2d 612.

*Herbert Watstein,* in support of the petition.

*R. Patrick McGinley,* assistant prosecuting attorney, in opposition.

Submitted January 8—decided January 13, 1971

JUSTIN J. DONNELLY, SR. *v.* SEARS, ROEBUCK AND COMPANY

The motion by the attorney general for leave to appear and present argument before this court as amicus curiae in the appeal from the Court of Common Pleas in Hartford County is granted.

*C. Michael Budlong,* assistant attorney general, in support of the motion.

Submitted January 22—decided January 26, 1971